Kenneth SMITH, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 63178.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 28, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 10, 1993.

Application to Transfer Denied
Dec. 21, 1993.

Dave Hemingway, St. Louis, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).